USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
CHAVEZ P WILLIAMS,

                       Plaintiff,

        -against-                            19-CV-9292 (VSB)

JOSEPH W MILLMAN, WWC III              **ORDER**
TRUCKING LLC.

                    Defendants.
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      ORDERED that the post-discovery conference scheduled for July 17, 2020 at 10:00 a.m., will be held telephonically.  The parties are directed to dial in to the conference line at 888-363-4749, access code 2682448.

SO ORDERED.

Dated:   July 9, 2020
             New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge